JAMES J. DAVIS
Attorney at Law
406 W. Franklin St.
P. O. Box 1517
Boise, ID  83701-1517
Telephone:  (208) 336-3244
Facsimile:   (208) 336-3374
Email:  jdavis@davisjd.com
ISB# 2185
   Attorney for Defendants Canyon County;
   Canyon County Probation Department;
   Canyon County Adult Misdemeanor
   Probation Department; Barbara Boyer;
   Mary Gomez; Ronya Hemenway; Jeff
   Breach; Sharon Howell; and Rick Lopez

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JACQUELINE M. RAYMOND, an individual; CHANGING BEHAVIORS, LLC,  an Idaho limited liability company, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>CANYON COUNTY, a political subdivision of the State of Idaho; CANYON COUNTY PROBATION DEPARTMENT; CANYON COUNTY ADULT MISDEMEANOR PROBATION DEPARTMENT; BARBARA BOYER; MARY GOMEZ; RONYA HEMENWAY; JEFF BREACH; SHARON HOWELL; DAN KESSLER; RICK LOPEZ,<br><br>Defendants. ) | Case No. CV _____<br><br>NOTICE OF REMOVAL<br>AND<br>CONSENT TO REMOVAL |

NOTICE OF REMOVAL AND CONSENT TO REMOVAL, Page 1

<u>NOTICE OF REMOVAL</u>

NOTICE IS HEREBY GIVEN that Defendants Canyon County, a political subdivision of the State of Idaho; Canyon County Probation Department; Canyon County Adult Misdemeanor Probation Department; Barbara Boyer; Mary Gomez; Ronya Hemenway; Jeff Breach; Sharon Howell; and Rick Lopez ("Canyon County Defendants"), by and through their attorney of record, James J. Davis, remove the above-captioned action pursuant to 28 U.S.C. §§ 1441(b) and 1446. The basis for removal is that this Court has original jurisdiction under 28 U.S.C. § 1331 of the civil action brought in state court. The Complaint and Demand for Jury Trial asserts a civil action arising under the Constitution, laws or treaties of the United States. As set forth below, copies of all process, pleadings and orders which were served upon these Defendants, if any, are attached. Pursuant to Dist. Idaho Loc. Civ. R. 81.1, a complete copy of the state court record and a copy of the Case History (Register of Actions) at the time of removal are attached and consist of:

1.     Complaint and Demand for Jury Trial.

2.     Summons (for Barbara Boyer, Jeff Breach, Mary Gomez, Sharon Howell, Dan Kessler, and Rick Lopez).

3.     Affidavits of Service (for Barbara Boyer, Jeff Breach, Canyon County Adult Misdemeanor Probation, Mary Gomez, Sharon Howell, Dan Kessler, and Rick Lopez).

4.     Defendant Dan Kessler's Motion to Dismiss, or in the Alternative, for a More Definite Statement [Request for Judicial Notice].

NOTICE OF REMOVAL AND CONSENT TO REMOVAL, Page 2

5.      Defendant Dan Kessler's Memorandum in Support of Motion to Dismiss, or in the Alternative, for a More Definite Statement.

6.      Affidavit of Emily Mac Master in Support of Defendant Dan Kessler's Motion to Dismiss, or in the Alternative, for a More Definite Statement.

7.      Affidavit of Miren Artiach in Support of Defendant Dan Kessler's Motion to Dismiss, or in the Alternative, for a More Definite Statement.

8.      Order of Voluntary Disqualification.

9.      Case History (Register of Actions).

Defendant Dan Kessler received a copy of the Complaint and Demand for Jury Trial and Summons on May 4, 2010 but service of process has not been perfected. The Canyon County Defendants have not been properly served with the Complaint and Demand for Jury Trial, but Plaintiffs attempted service on said Defendants on May 4, 2010.  This Notice of Removal has been filed within 30 days after said receipt of the Complaint and Demand for Jury Trial and Summons by Defendant Dan Kessler and said attempted service on the Canyon County Defendants on May 4, 2010.

A copy of the Notice of Removal has been provided to all adverse parties and filed with the Clerk of the District Court of the Third Judicial District of the State of Idaho, in and for the County of Canyon.  It is acknowledged that this Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

DATED this 27th day of May, 2010.

_____
JAMES J. DAVIS
Attorney for Canyon County Defendants
Email:  jdavis@davisjd.com

<u>CONSENT TO REMOVAL</u>

COMES NOW Defendant Dan Kessler, by and through his attorney of record, Emily A. Mac Master, Deputy Attorney General, and consents to removal of this case from state court, without waiver of any rights asserted in his Motion to Dismiss, or in the Alternative, for a More Definite Statement filed on May 24, 2010, including, without limitation to, <u>by special appearance</u>, request his dismissal from this action based upon insufficiency of service of process, lack of subject matter jurisdiction, lack of personal jurisdiction, or any other grounds asserted in said motion.

DATED this 27th day of May, 2010.

By _____
EMILY A. MAC MASTER
Deputy Attorney General
Email:  emily.macmaster@ag.idaho.gov

LAWRENCE WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation
Office of the Attorney General

EMILY A. MAC MASTER
Deputy Attorneys General
Statehouse, Room 210
P. O. Box 83720
Boise, ID  83720-0010
Telephone:  (208) 334-2400
Facsimile:  (208) 854-8073

Attorneys for Defendant Dan Kessler

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 28th day of May, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  The CM/ECF system will send notification of such filing to the following:

**Emily A Mac Master**
emily.macmaster@ag.idaho.gov


and true and correct copies of the foregoing NOTICE OF REMOVAL AND CONSENT TO REMOVAL were served upon the following by depositing copies thereof in the United States Mail, postage prepaid, in envelopes addressed to the following addresses:

Jacqueline Raymond
Changing Behaviors, LLC
1018 E. Albany  #2
Caldwell, ID  83605

Clerk of the Court
Third Judicial District
Canyon County
1115 Albany St.
Caldwell, ID  83605

_____
JAMES J. DAVIS
Email:  jdavis@davisjd.com

NOTICE OF REMOVAL AND CONSENT TO REMOVAL, Page 5